222 So.2d 67

**Annabelle CALAIS**

**v.**

**Dalton THIBODEAUX, Jr., et al.**

**No. 49820.**

May 9, 1969.

In re: Annabelle Calais applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Martin. 220 So.2d 209.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

■

222 So.2d 67

**Robert THOMAS**

**v.**

**Jack KELLEY.**

**No. 49821.**

May 9, 1969.

In re: Robert Thomas applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 220 So.2d 146.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.